### INDIANA HILL STONE CO. *v.* COLEMAN

[No. 15,827. Filed January 13, 1940.]

*George W. Henley,* for appellant.
*Kivett & Kivett,* for appellee.
Judgment affirmed.